# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-mj-00039-PAL-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| PANKESH PATEL, ) | |
| Defendant. ) | |

This matter is before the court on Defendant Pakensh Patel's Motion for Modification on Consent to Prior Release Order which was sent to chambers via facsimile but has not yet been electronically filed. On January 22, 2010, the court ordered Mr. Patel released on a personal recognizance bond under special conditions, including posting a cash bond. The government did not appeal the court's release order, and Mr. Patel was released on bond on January 29, 2010. The motion seeks to modify the court's release order so that Mr. Patel can retain his British passport for the sole purpose of traveling to Washington, D.C. for his court appearance on February 3, 2010. The passport is the only valid form of identification Mr. Patel has in the United States, and he requires it to travel to Washington, D.C. by airplane in order to appear for a February 3, 2010 proceeding in that district. The motion represents, and the court confirmed, that counsel for the government, Ms. Laura Perkins, has consented to the relief requested so that Mr. Patel can be given his passport solely for the purpose of traveling to Washington, D.C. Once he is in that district, Mr. Patel will surrender his passport to his Pretrial Services officer there.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that Mr. Patel's conditions of release previously imposed are modified as follows:

1. Mr. Patel's British passport shall be returned to him so that he may travel to Washington, D.C. today on United Airlines flight 0366 at 1:30 p.m. PST to appear before The Honorable Richard J. Leon on February 3, 2010.

2. Counsel for Mr. Patel shall notify the government and Pretrial Services of his travel plans and shall provide them an itinerary of his flight schedule.

3. Upon arrival in Washington, D.C., Mr. Patel shall surrender his British passport to his Pretrial Services officer in Washington, D.C. when he first meets with him or her, or as further directed by Judge Leon.

Dated this 1st day of February, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE